IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LaTASHA FULTZ,             ) | |
|     Petitioner,       ) | |
|             ) | CIVIL ACTION NO. |
| v.             ) | 2:05cv175-MHT |
|             ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
|     Respondent.        ) | |

## OPINION

Pursuant to 28 U.S.C.A. § 2255, petitioner filed this habeas-corpus case.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied as time-barred.  After an independent and de novo review of the record, the court concludes the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of December, 2006.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE